DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDREW RIGO, et al.,**
Appellants,

v.

**Q CLUB HOTEL, LLC,**
Appellee.

No. 4D2022-2953

[February 15, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE20-012296.

Steven J. Rothman and Travis J. Foels of Jones Foster P.A., West Palm Beach, for appellants.

Peter C. Vilmos of Burr & Forman LLP, Orlando, Laurence S. Litow of Burr & Forman LLP, Fort Lauderdale, and Brenton L. Thompson of Burr & Forman LLP, Birmingham, AL, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, KUNTZ and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***